No. 1370, Misc. DARLING v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 1371, Misc. WILSON v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 1372, Misc. WOLENSKI v. SHOVLIN, STATE HOSPITAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 1373, Misc. CUNNINGHAM v. MYERS, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 1375, Misc. SINETTE v. DICKSON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 1379, Misc. GLANCY v. HEINZE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 1385, Misc. PRATER v. MYERS, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 1392, Misc. KING v. PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 1401, Misc. SULLIVAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Frank Serri* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 1408, Misc. DUVAL v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.